# EXHIBIT A

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, B

FILED
4/16/2026 2:35 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L003692
Calendar, B
37625606

FILED DATE: 4/16/2026 2:35 PM 2026L003692

Firm ID 34560

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| SAM ERBAUGH, a minor, by his parents, TALYA PELTZMAN and JAMES ERBAUGH, | ) | |
| Plaintiff, | ) | No. 2026L003692 |
| v. | ) | **Please Serve:** |
| | ) | Airbnb, Inc. |
| AIRBNB, INC., | ) | Registered Agent: Illinois Corporation Service C. |
| | ) | 801 Adlai Stevenson Drive |
| Defendant. | | Springfield, IL 62703 |

Please serve as follows (check one): ☐ Certified Mail ☐ Special Process Service ☒ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of the court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer YOU DO NOT NEED TO COME TO THE COURTHOUSE. You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

FILED DATE: 4/16/2026 2:35 PM 2026L003692

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov / service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon – Fri, 8:30 a.m. – 4:30 p.m., except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).
**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the Officer: (Sheriff Service)

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

4/16/2026 2:35 PM Mariyana T. Spyropoulos

**WITNESS:** ____________________

MARIYANA T. SPYROPOULOS, Clerk of Court

Atty. No.: 34560

Atty. Name: Jennifer L. Ashley

Atty. For: Plaintiff

Address: 218 N. Martin Luther King Jr. Ave.

City: Waukegan

State: IL Zip: 60085

Telephone: (847) 249-1227

Primary Email: jashley@salvilaw.com

☐ Service by Certified Mail: ____________
☐ Date of Service: ____________
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 4/16/2026 2:35 PM 2026L003692

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendants' name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date: EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:** DRCourtDate@cookcountycourt.com or ChildSupCourtDate@cookcountycourt.com
Gen Info: (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION

**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 – SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 – ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 – MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 – BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 – MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 5/27/2026 10:00 AM

6-Person Jury

FILED
3/30/2026 11:25 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L003692
Calendar, B
37340002

FILED DATE: 3/30/2026 11:25 AM 2026L003692

Firm ID 34560

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SAM ERBAUGH, a minor, by his parents, TALYA PELTZMAN and JAMES ERBAUGH,

Plaintiff,

v.

AIRBNB, INC.,

Defendant.

No. 2026L003692

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SAM ERBAUGH, a minor, by his parents, TALYA PELTZMAN and JAMES ERBAUGH, by and through his attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and complaining of Defendant, AIRBNB, INC., states as follows:

## GENERAL FACTUAL ALLEGATIONS

1. Plaintiff, SAM ERBAUGH, was born July 25, 2022 and was a minor child on November 22, 2023, and at all relevant times.

2. TALYA PELTZMAN and JAMES ERBAUGH are the natural parents and guardians of Plaintiff, SAM ERBAUGH.

3. On November 22, 2023, Plaintiff was lawfully present in a unit at 5454 S. Shore Drive, Chicago, Illinois 60615 (the "Property"), as a guest pursuant to a short-term rental booking.

4. Defendant AIRBNB, INC. is a Delaware corporation with its principal place of business in San Francisco, California and is in the business of providing vacation and rental housing throughout the United States, including within Cook County, Illinois.

5. On or about October 10, 2023, TALYA PELTZMAN booked the Property through AIRBNB, INC.'s online platform for a stay from November 19, 2023 to November 25, 2023.

FILED DATE: 3/30/2026 11:25 AM 2026L003692

6. At all relevant times, Plaintiff SAM ERBAUGH was a minor child that lacked legal capacity to enter into any contract or agreement to arbitrate.

7. At all relevant times, TALYA PELTZMAN lacked legal authority to waive, release, or compromise the minor Plaintiff's personal injury claim, including any agreement to arbitrate.

8. Plaintiff SAM ERBAUGH did not sign, assent to, review, or authorize any arbitration agreement with either Defendant.

9. On November 22, 2023, and at all times relevant, Defendant AIRBNB, INC. operates a for-profit short-term rental marketplace and derives revenue from each booking.

10. On November 22, 2023, and at all times relevant, AIRBNB, INC. materially controlled said rental transaction by:

a. Approving and publishing listings;
b. Requiring compliance with applicable safety and building codes and ordinances;
c. Processing and controlling payments;
d. Imposing standardized occupancy terms;
e. Retaining authority to alter, amend, suspend or remove listings; and
f. Regulating host participation through performance and safety metrics.

11. On November 22, 2023, and at all times relevant, AIRBNB, INC. represented to the public that listed properties are safe for guests.

12. On November 22, 2023, and at all times relevant, an exposed pipe located along the wall within the interior living room of the property that was painted the same color as the wall (hereinafter "the pipe")

13. On November 22, 2023, and at all times relevant, the pipe was accessible to occupants and guests, including walking toddlers.

14. On November 22, 2023, and at all times relevant, the pipe became heated to a temperature capable of causing a burn injury upon contact.

FILED DATE: 3/30/2026 11:25 AM 2026L003692

15. On November 22, 2023, and at all times relevant, the pipe lacked insulation, covering, guarding, shielding, or enclosure.

16. On November 22, 2023, and at all times relevant, there were no physical signs or labels on or near the pipe to alert guests that the pipe could reach temperatures capable of causing a burn injury upon skin contact.

17. Between October 10, 2023 and November 22 2024, there were no verbal disclosures, no written warnings within the Airbnb digital posting, no mentions in the "House Rules" or "Check-in Instructions," that the pipe could reach temperature capable of causing a burn injury upon skin contact.

18. On November 22, 2023, and at all times relevant, Plaintiff SAM ERBAUGH while walking in a manner consistent with normal behavior for a child of his age, came into contact with the pipe and sustained a burn injury on his leg.

19. On November 22, 2023, and at all times relevant, Plaintiff SAM ERBAUGH's leg came into contact with the hot pipe and sustained a burn injury on his leg.

20. On November 22, 2023, when SAM ERBAUGH's leg was burned, TALYA PELTZMAN was present in the same room as her son and exercised reasonable supervision of him under the circumstances.

21. On November 22, 2023, SAM ERBAUGH's leg burn occurred instantaneously upon contact with the hot pipe.

22. On November 22, 2023, and at all times relevant, Plaintiff exercised due care consistent with his age of less than two (2) years old.

<u>**COUNT I - NEGLIGENCE**</u>

1-22. Plaintiff re-alleges the General Factual Allegations Paragraphs 1-22 as Paragraphs

FILED DATE: 3/30/2026 11:25 AM 2026L003692

1-22 of Count I.

23. On November 22, 2023, and at all times relevant, AIRBNB, INC. retained control over listing eligibility and imposed mandatory safety-related requirements upon hosts.

24. On November 22, 2023, and at all times relevant, AIRBNB, INC. undertook to provide reasonably safe accommodations by requiring compliance with safety standards and reserving authority to remove noncompliant listings.

25. On November 22, 2023, and at all times relevant, by undertaking those responsibilities, AIRBNB, INC. had a duty to exercise reasonable care in implementing and enforcing them.

26. On November 22, 2023, and at all times relevant, the exposed pipe constituted an unreasonably dangerous condition.

27. On November 22, 2023, and at all times relevant, AIRBNB, INC., by its employees and agents, breached its duty of care by one or more of the following acts or omissions:

a. Failed to implement reasonable safety verification procedures;
b. Failed to require correction of the unsafe exposed heated pipe;
c. Allowed the Property to remain listed despite an unsafe condition of an exposed heated pipe;
d. Failed to ensure the exposed heated pipe was properly insulated, covered, guarded, or otherwise protected;
e. Failed to recognize and correct violations of municipal codes, building codes, and/or plumbing codes;
f. Failed to provide heating systems and facilities in a safe condition for habitable rooms, in violation of Chicago Municipal Code § 13-196-400;
g. Failed to maintain the existing building in a safe condition, in violation of Chicago Municipal Code § 13-196-100;
h. Failed to guard or insulate a heating component exceeding 140°F that created a contact hazard, in violation of Chicago Municipal Code § 18-28-303.2;
i. Failed to maintain a Shared Housing Unit in a safe condition for guests, in violation of Chicago Municipal Code § § 4-13-260;
j. Failed to ensure enclosure of an exposed pipe in a manner consistent with applicable safety standards and building codes;

FILED DATE: 3/30/2026 11:25 AM 2026L003692

k. Failed to warn or notify invitees and guests lawfully on the Property of the exposed heated pipe; and/or
l. Failed to conduct inspections with reasonable care sufficient to identify and address the safety hazard of the exposed heated pipe.

28. Plaintiff's claims arise from AIRBNB, INC.'s own negligent operational conduct and operational decisions, not from the mere publication of third-party content.

29. As a direct and proximate result of Defendant AIRBNB, INC.'s negligence, Plaintiff, SAM ERBAUGH, by his parents TALYA PELTZMAN and JAMES ERBAUGH, sustained burns and injuries resulting in past and future damages, including but not limited to, pain and suffering, disfigurement, loss of normal life, emotional distress, increased risk of future harm and medical expenses.

WHEREFORE, Plaintiff, SAM ERBAUGH, by his parents TALYA PELTZMAN and JAMES ERBAUGH, by attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C, prays for judgment against Defendant, AIRBNB, INC., in excess of $50,000.00, plus costs.

**COUNT II - NEGLIGENT MISREPRESENTATION**

1-22. Plaintiff re-alleges the General Factual Allegations Paragraphs 1-22 as Paragraphs 1-22 of Count III.

23. On November 22, 2023, and at all times relevant, AIRBNB, INC., in the course of its business, supplied information to consumers for guidance in rental transactions.

24. On November 22, 2023, and at all times relevant, AIRBNB, INC. represented, expressly and by implication, that the Property was suitable and safe for occupancy.

25. On November 22, 2023, and at all times relevant, those representations were false due to the existence of hazardous, code-violating exposed heated piping.

FILED DATE: 3/30/2026 11:25 AM 2026L003692

26. On November 22, 2023, and at all times relevant, AIRBNB, INC. failed to exercise reasonable care in verifying the safety of the Property before publishing and profiting from the listing.

27. On November 22, 2023, and at all times relevant, the booking party, TALYA PELTZMAN, reasonably relied upon AIRBNB, INC.'s representations.

28. On November 22, 2023, and at all times relevant, the exposed pipe constituted an unreasonably dangerous condition.

29. As a direct and proximate result of Defendant, AIRBNB, INC.'s negligence and said reliance, Plaintiff sustained burns and injuries resulting in past and future damages, including but not limited to, pain and suffering, disfigurement, loss of normal life, emotional distress, increased risk of future harm and medical expenses.

WHEREFORE, Plaintiff, SAM ERBAUGH, by his parents TALYA PELTZMAN and JAMES ERBAUGH, by attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C, prays for judgment against Defendant, AIRBNB, INC., in excess of $50,000.00, plus costs.

## COUNT III - WILLFUL AND WANTON CONDUCT

1-22. Plaintiff re-alleges the General Factual Allegations Paragraphs 1-22 as Paragraphs 1-22 of Count IV.

23. On November 22, 2023, and at all times relevant, Defendant AIRBNB, INC. knew or should have known that exposed heated pipe in an interior living room presents a high probability of a burn injury.

24. On November 22, 2023, and at all times relevant, the exposed pipe constituted a concealed latent defect.

25. On November 22, 2023, and at all times relevant, the exposed pipe constituted an unreasonably dangerous condition and a concealed latent defect.

FILED DATE: 3/30/2026 11:25 AM 2026L003692

26. On November 22, 2023, and at all times relevant, the color of the pipe matched the wall which converted it into a latent defect, creating a "trap" for guests, particularly small children, who could not reasonably appreciate the thermal risk by sight alone.

27. On November 22, 2023, and at all times relevant, the total absence of safety signage or digital warnings regarding high-temperature surfaces violated safety standards required for a Chicago vacation rental license, Chicago Municipal Code § 4-13-260.

28. On November 22, 2023, and at all times relevant, the lack of any warning system regarding the pipe's temperature, combined with the visual concealment of the hazard with matching paint, represents a willful failure to maintain the premises in a manner safe for public occupancy.

29. On November 22, 2023, and at all times relevant, Defendant AIRBNB, INC. recklessly allowed an un-guarded, un-labeled, high-temperature pipe to be exposed in an interior living room being occupied by guests of the rental property.

30. On November 22, 2023, and at all times relevant, Defendant AIRBNB, INC. knew that minor children are foreseeable occupants of short-term rental properties.

31. On November 22, 2023, and at all times relevant, despite such knowledge, Defendant AIRBNB, INC. consciously disregarded the safety of invitees and guests by failing to recognize, correct or guard against the hazard.

32. Such conduct by Defendant, AIRBNB, INC., as described in Paragraphs 1-31 of Count III, demonstrates utter indifference to and conscious disregard for the safety of others.

33. As a direct and proximate result of Defendant AIRBNB, INC.'s willful and wanton conduct, Plaintiff sustained burns and injuries resulting in past and future damages, including but not limited to, pain and suffering, disfigurement, loss of normal life, emotional distress, increased risk of future harm and medical expenses.

FILED DATE: 3/30/2026 11:25 AM 2026L003692

WHEREFORE, Plaintiff, SAM ERBAUGH, by his parents TALYA PELTZMAN and JAMES ERBAUGH, by attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C, prays for judgment against Defendant AIRBNB, INC., in excess of $50,000.00, plus costs.

**TRIAL BY JURY DEMANDED**

Respectfully submitted:

*/s/ Jennifer L. Ashley*
Attorney for the Plaintiff

Jennifer L. Ashley (ARDC#6269348)
SALVI, SCHOSTOK & PRITCHARD, P.C.
218 N. Martin Luther King Jr. Ave.
Waukegan, IL 60085
Phone: (847) 249-1227
Fax: (847) 249-0138